**James WILLIAMS, Petitioner—
Appellant,**

v.

**Terry O'BRIEN, Warden, United States
Penitentiary, Respondent—
Appellee.**

No. 08–7716.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 16, 2009.

Decided: April 23, 2009.

James Williams, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Williams, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. O'Brien*, No. 7:08–cv–00424–GEC–MFU, 2008 WL 2943146 (W.D.Va. July 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*